**LINDNER CO v MYROD SHOE CO**

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Dec 1, 1930

For full opinion see 175 NE 879; 38 Oh Ap 182 (Oh Bar 6-16-31).